OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 27, 2007

United States District Court
520 Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

RE: U.S.A. v. Dale Turner
Magistrate No. 07-2153 **(Southern District of New York)**
Misc. Case No. 07-222 (District of Delaware)

Dear Diana or Mike,

On December 20, 2007, a deposit in the amount of $3,000.00 (Three Thousand and no/100) was made by Uzather Larmond at the United States District Court in the District of Delaware, Wilmington Division on behalf of defendant Dale Turner.

Therefore, please find enclosed U.S. Treasury Check # 4615-00087549 payable to you in the amount of $3,000.00. Please kindly acknowledge receipt of the check on the enclosed copy of this letter. Upon doing so, please return the copy of this letter to me. A self-addressed, postage paid, envelope is enclosed for your convenience.

If you have any questions regarding this matter please feel free to contact me at (302) 573-6135.

Sincerely,

PETER T. DALLEO
CLERK OF COURT

By: *Donna M. Seningen*
Deputy Clerk

PTD:dms