ORIGINAL-WHITE     DUPLICATE-YELLOW     TRIPLICATE-PINK

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
for the
**SOUTHERN DISTRICT OF NEW YORK**

E 642834

RECEIVED FROM at _Bail Transfer dist of Delaware_
_07-MG-2153 / 12570_
_USA VS DALE TURNER_
_— CASH BAIL —_

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
| | General and Special Funds |
| 508800 | Immigration Fees |
| 085000 | Attorney Admission |
| 086900 | Filing Fees |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 143500 | Interest |
| 322380 | Recoveries of Court Costs |
| 322386 | Restitution to U.S. Government |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 504100 | Crime Victims Fund |
| 613300 | Unclaimed Monies |
| 510000 | Civil Filing Fee (½) |
| 510100 | Registry Fee |

```
INVOICE #69514
DATE\TIME: 2/22/2008  2:14:24 PM
CASHIER: LATECIA
STATION: 01
===================================
 1   BAIL   604700        $3,000.00
===================================
GRAND TOTAL              $3,000.00
```

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DEPUTY CLERK: _[signature]_

| DATE: | Cash | Check | M.O. | Credit |
|---|---|---|---|---|
| 20 | | | | |

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 27, 2007

United States District Court
520 Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      RE: U.S.A. v. Dale Turner
         Magistrate No. 07-2153  **(Southern District of New York)**
         Misc. Case No. 07-222 (District of Delaware)

Dear Diana or Mike,

  On December 20, 2007, a deposit in the amount of $3,000.00 (Three Thousand and no/100) was made by Uzather Larmond at the United States District Court in the District of Delaware, Wilmington Division on behalf of defendant Dale Turner.

  Therefore, please find enclosed U.S. Treasury Check # 4615-00087549 payable to you in the amount of $3,000.00. Please kindly acknowledge receipt of the check on the enclosed copy of this letter. Upon doing so, please return the copy of this letter to me. A self-addressed, postage paid, envelope is enclosed for your convenience.

  If you have any questions regarding this matter please feel free to contact me at (302) 573-6135.

           Sincerely,

           PETER T. DALLEO
           CLERK OF COURT

           By: *Donna M. Seningen*
             Deputy Clerk

PTD:dms

2008 MAR -4 PH 1:45

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attn: Diana or Mike, Cashiers
United States District Court
520 Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312